UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IRVING H. PICARD, Trustee for the Liquidation               :
of Bernard L. Madoff Investment Securities LLC,             :
and Bernard L. Madoff,                                      :         20 Civ. 4086 (LGS)
                                                            :
                              Plaintiff,                    :         ORDER
                                                            :
              -against-                                     :
                                                            :
MARLENE KRAUSS,                                             :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a Rule 56.1 statement at Dkt. No. 14, consisting of 32 double-spaced pages;

WHEREAS, this Court's Individual Rules provide that the Rule 56.1 statement shall not exceed 25 double-spaced pages unless leave of the Court to file a longer document has been obtained at least one week before the motion and statement are due to be filed;

WHEREAS, Plaintiff did not seek leave to file a longer Rule 56.1 statement. It is hereby

**ORDERED** that by **August 24, 2020**, Plaintiff shall re-file a Rule 56.1 statement consisting of no more than 25 double-spaced pages and if necessary, a corrected memorandum of law.

The Clerk of Court is respectfully directed to strike Dkt. No. 14.


Dated: August 19, 2020
       New York, New York

                                                _____
                                                     LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE